STATE OF MINNESOTA  
COUNTY OF STEELE

DISTRICT COURT  
THIRD JUDICIAL DISTRICT  
PERSONAL INJURY  
COURT FILE NO. _____

---

ALEX J. OLSON

        Plaintiff

v.

WALMART, INC.

        Defendant

---

## SUMMONS

---

THE STATE OF MINNESOTA TO the above-named Defendant:

You are hereby summoned and required to serve upon Plaintiff's attorney an answer to the Complaint that is herewith served on you within twenty-one (21) days after the service of this Summons on you, exclusive of the day of the service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This case may be subject to alternative dispute resolution ("ADR") under Rule 114 of the General Rules of Practice for the District Courts. ADR rules do not suspend your obligation to serve an answer to the Complaint within twenty-one days.

Dated the 4th day of January, 2021.

BYE, GOFF & ROHDE, Ltd.

By: Robert A. Parsons, #0287544  
Attorneys for Plaintiff(s)

258 Riverside Drive, BOX 167  
River Falls, Wisconsin 54022  
Telephone: (715) 425-8161  
E-mail: Robert@byegoff.com

## ACKNOWLEDGMENT

The undersigned acknowledges that sanctions may be imposed under the circumstances specified in Minn. Stat. § 549.211.

BYE, GOFF & ROHDE, Ltd.

By: _____
Robert A. Parsons, #0287544
Attorneys for Plaintiff(s)

258 Riverside Drive, BOX 167
River Falls, Wisconsin 54022
Telephone: (715) 425-8161
E-mail: Robert@byegoff.com

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF STEELE | THIRD JUDICIAL DISTRICT |
| | PERSONAL INJURY |
| | COURT FILE NO. _____ |

---

ALEX J. OLSON

        Plaintiff

v.

WALMART, INC.

        Defendant

---

## COMPLAINT

---

Plaintiff complains of Defendant, and for cause thereof alleges:

1. Plaintiff Alex J. Olson resides at 900 S. Orange Street, River Falls, Wisconsin 54022.

2. Defendant Walmart, Inc. is an entity whose registered agent is CT Corporation System Inc., 1010 Dale Street N, St. Paul, Minnesota 55117.

3. On September 1, 2018, Plaintiff Alex J. Olson was injured as a result of a fall that occurred at Walmart Supercenter, 1130 W. Frontage Road W, Owatonna, Steele County, Minnesota. Said injuries were proximately caused by the negligence of Walmart, Inc., its agents and/or employees.

4. As a direct and proximate result of Defendant's negligence, Plaintiff Alex J. Olson has suffered serious injury and pain and suffering, and has incurred economic loss, non-economic loss and damages, past and future.

5. As a direct and proximate result of Defendant's negligence, Plaintiff Alex J. Olson has been caused to expend money for the medical care and treatment of his injuries, and in the future will be required to expend sums of money for medical treatment of his injuries.

6. Plaintiff is entitled to recover damages from Defendant for all the losses Plaintiff sustained as a direct and proximate result of Defendant's negligence.

WHEREFORE, Plaintiff prays for judgment against Defendant for damages in an amount exceeding Fifty Thousand Dollars ($50,000), costs and disbursements, an order extinguishing claims of subrogation and reimbursement, and other relief the Court deems just.

Dated this 4th day of January, 2021.

BYE, GOFF & ROHDE, Ltd.

By: _____
Robert A. Parsons, #0287544
Attorneys for Plaintiff(s)

258 Riverside Drive, BOX 167
River Falls, Wisconsin 54022
Telephone: (715) 425-8161
E-mail: Robert@byegoff.com

## ACKNOWLEDGMENT

The undersigned acknowledges that sanctions may be imposed under the circumstances specified in Minn. Stat. § 549.211.

BYE, GOFF & ROHDE, Ltd.

By: _____
Robert A. Parsons, #0287544
Attorneys for Plaintiff(s)

258 Riverside Drive, BOX 167
River Falls, Wisconsin 54022
Telephone: (715) 425-8161
E-mail: Robert@byegoff.com